John Daniel Brooks #323246
Pack I Unit
2400 Wallace Pack Rd.
Navasota ~ Tx 77868

March 29, 2015
Re: P.C. Case #330063-A
263rd Dist Court

Dear Clerk:

I received a Card from the Appeals Court informing me that this Court notified the Appeals Court informing them that a Reporters Record would not be filed in the above mentioned cause of action. This is NOT CORRECT.

First and foremost, the Reporters Record was destroyed before 1997, in this CAPITAL MURDER CONVICTION. This Court had No Legal Foundation To DESTROY THE RECORD.

Secondly, in accordance with Tex-R. App. P 34.6 (b) and 35.3(b)(3) I request that a fee schedule be made to provide the record to the Appeals Court, and sent to me, at the above address

Respectfully Submitted,

John Daniel Brooks

cc. First Court of Appeals
Deven Anderson, Dist Attorney
File

01-15-00062-CR

John Daniel Brooks #323246
PACK I Unit
2400 Wallace Pack Rd
Navasota Tx 77868

March 29- 2015

Re: TC Case # 330063-A
263rd Dist Court

01-15-00062-CR

To Whom It May Concern:

Please find attached a copy (handwritten) of the Courts response to the Reporters Record.

I am requesting the Trial Court provide this record.

Respectfully Submitted

John Daniel Brooks

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE
CLERK

Mr. John Daniel Brooks #323246
PACK I Unit
2400 Wallace Pack Rd.
Navasota, Tx 77868

Legal Correspondence
Mailed 3-30-15

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
APR - 2 2015
CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 773
31 MAR 2015 PM 7 L

LEGAL
DOCUMENT
CERTIFIED

Court of Appeals
First District
301 Fannin St
Houston, Texas